*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, GANNON, and FLINTOFT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Mark W. HANSEN**
Master-at-Arms Seaman (E-3), U.S. Navy
*Appellant*

**No. 202500169**

_____

Decided: 20 February 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Matthew C. Cox

Sentence adjudged 21 October 2021 by a special court-martial tried at
Naval Station Norfolk, Norfolk, Virgina, consisting of a military judge
sitting alone. Sentence in the Entry of Judgment: reduction to E-1, con-
finement for 45 days, forfeiture of $1,100.00 pay per month for 1 month.

For Appellant:
*Commander Jeanne W. Murray, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.